**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

AUG 21 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AGNES DEIRDRE MORRISSEY-BERRU, an individual, | No. 17-56624 |
| Plaintiff-Appellant, | D.C. No. 2:16-cv-09353-SVW-AFM |
| v. | ORDER |
| OUR LADY OF GUADALUPE SCHOOL, a California non-profit corporation, | |
| Defendant-Appellee. | |

On Remand from the United States Supreme Court

Before: RAWLINSON and MURGUIA, Circuit Judges, and GILSTRAP,* District Judge.

In accordance with the United States Supreme Court's opinion in *Our Lady of Guadalupe School v. Morrissey-Berru*, 140 S. Ct. 2049 (2020), the judgment of the district court is affirmed.

**AFFIRMED.**

---

*     The Honorable James Rodney Gilstrap, Chief Judge of the United States District Court for the Eastern District of Texas, sitting by designation.